

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Dalton Dale Rogers, Appellant

No. 06-23-00054-CR        v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 19156). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment of conviction to reflect that Dalton Dale Rogers was convicted of a second-degree felony. As modified, we affirm the trial court's judgment.

We note that the appellant, Dalton Dale Rogers, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 15, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk